HENRY L. KIM*
CELINA M. CHO**
JOSHUA S. LIM*
ARTHUR M. O'LEARY*
KENDAL SIM*
SEOKCHAN (SEAN) KWAK*

**KIM, CHO & LIM, LLC**
Attorneys at Law

NY Address:
163-10 Northern Blvd
Suite 202
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

* Admitted in NY & NJ
** Admitted in AZ only

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

Reply to NJ
address only

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/26/18]

**MEMO ENDORSED**

January 25, 2018

VIA CM/ECF ONLY
Southern District of New York
ATTN: HONORABLE P. KEVIN CASTEL, U.S.D.J.
500 Pearl Street, Room 11D
New York, NY 10007

RE: KIM v. 32 MUSIC STUDIO, CORP.
CIVIL ACTION NO.: 1:17-CV-02233-PKC

Dear Judge Castel:

As you are aware, this office represents Defendants, 32 Music Studio Corp. and Du Kyu Park with regards to the above referenced matter. I fully support the Motion for Settlement Approval filed by Plaintiff's Counsel with respect to counsel fees.

First of all, I am extremely saddened by the loss of my dear colleague, Alexander Gastman, Esq. It was his skills, negotiations and professional conduct that resulted in the amicable resolution of this matter. Mr. Gastman, was indeed, exemplary in his handling of this matter and I do believe, Plaintiff's counsel is entitled to the entire counsel fees that she is seeking.

Again, I am saddened by the loss of a very, high-skilled professional. I would appreciate it if Your Honor could endorse the counsel fees being sought by Plaintiff's counsel.

Should you have any questions, please feel free to contact this office.

Respectfully

/s/ Joshua S. Lim

Joshua S. Lim

JSL/dmm

cc: Penn A. Dodson, Esq. – Via CM/ECF only

---

**Handwritten endorsement by Judge:**

In my view attorney fees of 35% in a FLSA case of this nature are too high. Attorney fees of $20,000 are awarded plus costs of $706.52. The settlement is otherwise fair, reasonable and adequate and is approved. Case is closed. All motions are terminated.

SO ORDERED
1-25-18
/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge